**Order entered March 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00295-CV

### IN THE INTEREST OF E.B., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-03980 U**

## ORDER

We **GRANT** appellant's motion for extension of time to file the appellate record and

**ORDER** the record be filed no later than April 9, 2014.

/s/    ELIZABETH LANG-MIERS
            JUSTICE